sideration or decision of this petition.

No. 12–7147.  CARDONA v. BLEDSOE, WARDEN.  C. A. 3d Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1358.  WILLIAMS v. BOOKER, WARDEN, *ante*, p. 817;

No. 11–1502.  LOAN PHOUNG v. TRAN, *ante*, p. 824;

No. 11–10216.  NESBITT v. WILLIAMS, *ante*, p. 836;

No. 11–10403.  FELS v. ILLINOIS, *ante*, p. 842;

No. 11–10433.  WILLIAMS v. GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, *ante*, p. 843;

No. 11–10483.  JONES v. THOMAS ET AL., *ante*, p. 845;

No. 11–10546.  YELLOWBEAR v. WYOMING, *ante*, p. 848;

No. 11–10780.  ACHOUATTE v. NEW YORK, *ante*, p. 861;

No. 11–10785.  TAYLOR v. LOUISIANA, *ante*, p. 862;

No. 11–10862.  CRAWFORD v. UNITED STATES, *ante*, p. 866;

No. 12–115.  MAGGIORE v. CONNECTICUT, *ante*, p. 942;

No. 12–149.  MURRAY v. ANDERSON, *ante*, p. 888;

No. 12–160.  ZAGA v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL., *ante*, p. 943;

No. 12–220.  BHAT v. ACCENTURE LLP, *ante*, p. 963;

No. 12–5191.  WILLIAMS v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 899;

No. 12–5224.  BEN-MORKA v. UNITED STATES, *ante*, p. 901;

No. 12–5446.  VENTA v. UNITED STATES, *ante*, p. 913;

No. 12–5552.  POWELL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 946;

No. 12–5576.  BARLASS v. CITY OF JANESVILLE, WISCONSIN, ET AL., *ante*, p. 946;

No. 12–5603.  LAWRENCE v. WHITE, SECRETARY OF STATE OF ILLINOIS, ET AL., *ante*, p. 947;

No. 12–5734.  LEE v. MISSISSIPPI STATE OIL AND GAS BOARD, *ante*, p. 964;

No. 12–5760.  LIBERT v. PARKERSBURG CITY POLICE ET AL., *ante*, p. 964; and

No. 12–5775.  AMR v. CROWLEY ET AL., *ante*, p. 965.  Petitions for rehearing denied.